# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2024

## NO. 03-24-00251-CR

**Mac Jim White, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment to reflect that the statute for enhancement is Texas Penal Code section 12.42(b). The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.